```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 16, 2017
```

# SAPONE & PETRILLO, LLP

LAW FIRM
One Penn Plaza, Suite 5315
New York, New York 10119
—
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: edward@saponelaw.com

*BY ECF*

May 16, 2017

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Mustak Y. Vaid, et. al.*
              Ind. No.: S1 16-CR-763

Dear Judge Schofield:

    I am counsel to Defendant Marina Burman in the above-referenced matter. I write seeking an order relieving me as counsel to Ms. Burman.

    Ms. Burman will not be prejudiced; nor will this change of counsel delay the case. I am private counsel, and Ms. Burman has retained Joyce Clemow London, Esq., who filed a notice of appearance on ECF. (*See* Dkt. No. 99). Further, Ms. London intends to comply with the June 9 motion schedule.

    Your Honor's consideration is greatly appreciated.

                                Respectfully submitted,

                                /s/ *Edward V. Sapone*
                                Edward V. Sapone

cc:    A.U.S.A. David Lewis

---

Application Granted. The Clerk of the Court is directed to terminate Mr. Sapone as counsel for Defendant Burman and to terminate the letter motion at docket number 101.

Dated: May 16, 2017
New York, New York

                              LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE