UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| - v. - : | ORDER OF RESTITUTION |
| MARINA BURMAN, : | S2 16 Cr. 763 (LGS) |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, David Raymond Lewis, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** MARINA BURMAN, the Defendant, shall pay restitution in the total amount of $3,415,363.00 to the victim of the offenses charged in Counts One and Two. Specifically, the victim is the New York State Medicaid Program, and payment is to be made and forwarded to

> New York State Office of the Medicaid Inspector General
> Bureau of Collections Management
> New York State Medicaid
> 800 North Pearl Street
> Albany, New York 12204

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically

    a. Aleksandr Burman, under docket number 16 Cr. 190 (PGG);

    b. Mustak Y. Vaid, Ewald J. Antoine, Asher Oleg Kataev, Alla Tsirlin, Edward Miselevich, and Ivan Voychak, under docket number 17 Cr. 763 (LGS); and

    c. Paul J. Mathieu, Hatem Behiry, and Lina Zhitnik, under docket number 17 Cr. 763 (LGS), should any of them be convicted.

Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or the victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
       May   , 2018

                                          _____
                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE