**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
59 MAIDEN LANE. 6TH FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700                                                                                              Fax: 212 566-7501
Email: jlondonlaw@aol.com

                                                                                                                       June 17, 2020

**By ECF and By Email**
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

                                                               Re:    United States v. Marina Burman,
                                                                      16 Cr 763 (LGS)

Dear Judge Schofield:

      This letter is an application that Ms. Burman be permitted to travel from New York City to Sullivan County, New York as her circumstances warrant to stay with her daughter and her daughter's family to assist with childcare. Both Ms. Burman's daughter and son-in-law are deemed "essential workers" and thus are required to spend long stretches of time in New York City and would like to leave their children in the care of Ms. Burman during their absences. Ms. Burman has recently started her term of supervised release and for the initial three months of this supervised release her travel is restricted essentially to the five boroughs of New York City – hence this application.

      I have discussed this matter with both AUSA David Lewis and USPO Charnice Perez who is supervising Ms. Burman in the Eastern District of New York and neither has an objection. However, Ms. Perez has requested that Ms. Burman provide her with prior notification of any travel plans both to and from New York City and that Ms. Burman remain in compliance with the terms of her supervised release. Ms. Burman has already provided Ms. Perez with the address and contact information of her daughter's residence in Sullivan County.

      Accordingly, it is respectfully requested that <u>Ms. Burman be permitted to travel to and from New York City and Sullivan County, New York, provided that she notify her Probation Officer of any such intended travel.</u>

Application Granted.  The Clerk of the Court is directed                    Very truly yours,
to terminate the letter motion at docket number 782.
                                                                                                                       /s/

Dated: June 17, 2020                                                                                    Joyce C. London
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Hon. Lorna G. Schofield** **June 17, 2020**

    cc.:    AUSA David Lewis (By ECF and By Email)
             USPO Charnice Perez (By ECF and By Email)

Very truly yours,

/s/

Joyce C. London

cc.:    AUSA David Lewis (By ECF)